KELLNER HERLIHY GETTY & FRIEDMAN, LLP

470 PARK AVENUE SOUTH, 7th FLOOR

NEW YORK, NEW YORK 10016

DOUGLAS A. KELLNER
CAROL ANNE HERLIHY
EUGENE F. GETTY
ALAN M. FRIEDMAN
JEANNE-MARIE WILLIAMS
THOMAS VANDENABEELE ◊

CHARLES E. KRAUSCHE II °
NAZY MODIRI °
OLGA V. PETROVSKY °
STEPHANIE S. LIM
PAUL ALESSANDRI
PHILIP SCHREIBER

TELEPHONE: (212) 889-2121
FACSIMILE: (212) 684-6224
tv@khgflaw.com

COUNSEL
MICHAEL H. SINGER
ROBERT P. MCGREEVY

° ALSO MEMBER NEW JERSEY BAR
◊ ALSO LICENSED IN FRANCE

September 27, 2018

*By ECF*
Hon. Edgardo Ramos
United States District Court Judge
United States Courthouse
40 Foley Square. Courtroom 619.
New York, New York, 10007

<u>Stardust Monte-Carlo, S.A.R.L. v. Diamond Quasar Jewelry, Inc. 16 Civ. 9918 (ER)</u>

Dear Judge Ramos:

We represent plaintiff in the above-captioned action.

The parties have reached a settlement agreement in principle to settle this case entirely.

Accordingly, the parties respectfully request that the Court stay all proceedings and deadlines for thirty days to allow for the finalization and full completion of settlement and the filing of a stipulation of discontinuance.

I have conferred with Alan A. Heller Esq., counsel for defendant, who consents to this request.

Respectfully submitted,

Thomas Vandenabeele