K ELLNER  H ERLIHY  G ETTY  &  F RIEDMAN , LLP

470 PARK AVENUE SOUTH, 7th FLOOR

NEW YORK, NEW YORK 10016

DOUGLAS A. KELLNER
CAROL ANNE HERLIHY
EUGENE F. GETTY
ALAN M. FRIEDMAN
JEANNE-MARIE WILLIAMS
THOMAS VANDENABEELE ◊

CHARLES E. KRAUSCHE II °
NAZY MODIRI °
OLGA V. PETROVSKY °
STEPHANIE S. LIM
PAUL ALESSANDRI
PHILIP SCHREIBER

TELEPHONE: (212) 889-2121
FACSIMILE: (212) 684-6224
tv@khgflaw.com

COUNSEL
MICHAEL H. SINGER
ROBERT P. MCGREEVY

° ALSO MEMBER NEW JERSEY BAR
◊ ALSO LICENSED IN FRANCE

October 25, 2018

*By ECF*
Hon. Edgardo Ramos
United States District Court Judge
United States Courthouse
40 Foley Square. Courtroom 619.
New York, New York, 10007

<u>Stardust Monte-Carlo, S.A.R.L. v. Diamond Quasar Jewelry, Inc. 16 Civ. 9918 (ER)</u>

Dear Judge Ramos:

We represent plaintiff in the above-captioned action. We write with the consent of Counsel for defendant. The parties signed a Settlement and Release Agreement ("the Settlement") on October 19, 2018. Pursuant to the Court's Order dated September 28, 2018 (DE#33), the parties request that the Court retain jurisdiction in this matter for purposes of enforcing the Settlement, and that the above-entitled action be reopened for that sole purpose.

The parties also respectfully request that they be permitted to submit the Settlement to the Court by e-mail, and that the Court "so order" the settlement under seal.

Respectfully submitted,

Thomas Vandenabeele